PROB 35 - DISPUTED
(Rev. 5/01)

E-FILED
Friday, 14 May, 2021  02:01:14 PM
Clerk, U.S. District Court, ILCD

**Report and Order Terminating Probation/Supervised Release
Prior to Original Expiration Date**

# United States District Court
## for the
## CENTRAL DISTRICT OF ILLINOIS

| | |
|---|---|
| UNITED STATES OF AMERICA | ) |
|  | ) |
| v. | )  Crim. No. 05-10076-001 |
|  | ) |
| GERARD TRAPPS | ) |
| s/Redacted | |
|  | ) |

On December 12, 2014, the above named was placed on supervised release for a period of 10 years. The defendant has motioned the Court for satisfactory termination of supervised release. The Court is satisfied the defendant is no longer in need of supervision. It is accordingly ordered that the defendant be discharged from supervision.

## ORDER OF COURT

Pursuant to the above report, it is ordered that the defendant be discharged from supervision and that the proceedings in the case be terminated.

Dated this  14th  day of  May , 20 21 .

s/ Michael M. Mihm
_____
HONORABLE MICHAEL M. MIHM
United States District Judge